No. 285. EVANS TERRY CO. *v.* MISSISSIPPI EX REL. RICE, ATTORNEY GENERAL, ET AL. Motion to affirm submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The motion of the appellees to affirm is granted, and the decree is affirmed. *Aero Transit Co.* v. *Georgia Comm'n*, 295 U. S. 285, 290 *et seq.*; *Hicklin* v. *Coney*, 290 U. S. 169, 173, 177; *Continental Baking Co.* v. *Woodring*, 286

U. S. 352, 369–371; *Carley & Hamilton, Inc.* v. *Snook*, 281 U. S. 66, 72–73. *Messrs. John B. Brunini* and *Thomas C. Hannah* for appellant. *Messrs. Greek L. Rice* and *W. W. Pierce* for appellees.